# Notice Recipients

District/Off: 1126–2     User: admin          Date Created: 5/6/2026
Case: 25–03646–DSC13     Form ID: trc         Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
11806359    Flagship Credit Acceptance     P,O Box 3807     Coppell, TX 75019

TOTAL: 1